UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROBERT DWONN LEE,

    Plaintiff,

v.                                                  No. 1:22-CV-071-H

WEST CENTRAL TEXAS
COLLECTION BUREAU, et al.,

    Defendants.

## ADMINISTRATIVE CLOSURE ORDER

Before the Court is the plaintiff's Notice of Settlement. Dkt. No. 17. The plaintiff also "requests [14] days to finalize the settlement documents and file proper pleadings to close this matter." *Id.* The Court grants the request. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The upcoming deadlines and trial setting are cancelled in anticipation of the pending settlement and dismissal.

So ordered on May 22, 2023.

                                                                             _____
                                                                             JAMES WESLEY HENDRIX
                                                                             UNITED STATES DISTRICT JUDGE