UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

**ROBERT DWONN LEE,**

    Plaintiff,

vs.                                                                        Case No.: 6:21-cv-00071-LRH

**WEST CENTRAL TEXAS COLLECTION BUREAU;**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

    Defendants.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND**

**STATEMENT TO SHOW CAUSE FOR DELAY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Robert Dwonn Lee, and Defendant, Experian Information Solutions, Inc. hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear his and its own costs and fees. Though West Central Texas Collection Bureau did not answer the Complaint, Plaintiff desists of his action against said codefendant. Thus, this complete action is dismissed WITH PREJUDICE.

The undersigned attorneys respectfully apologize for the delay experienced by the Court in filing the present Stipulation. In all candor, attorney Carlos C. Alsina-Batista for Plaintiff was reassigned to a bankruptcy division of the firm, and was no longer handling litigation matters, within this Court or elsewhere. Although proper delegation was made within the firm to a colleague to finalize this matter, the already known inaction ensued. I am well aware that, as attorney of record in this case, I have a duty to the Court which is not abated by delegation. Thus, ultimately, as the prosecuting party's attorney, I accept responsibility for this mishap, and

respectfully plead for the Court's forbearance.

THUS, the above-stated parties respectfully request the Court to take notice of the events surrounding the case's settlement, and deem this matter dismissed WITH PREJUDICE.

Dated: September 27, 2023			JOINTLY SUBMITTED BY:

>	*/s/ Carlos C. Alsina-Batista*
>	Carlos C. Alsina-Batista
>	Texas Bar No. 24111072
>	**Recovery Law Group, APC**
>	10000 N. Central Expressway, Suite 400
>	Dallas, TX 75231
>	Tel. 888-213-0169
>	Calsinabatista@recoverylawgroup.com
>	*Counsel for Plaintiff, Robert D. Lee*


>	*/s/Abron Hester*
>	Abron Hester
>	TX Bar No. 24126960
>	JONES DAY
>	2727 N. Harwood Street
>	Dallas, TX 75201-1515
>	Tel. 1-214-220-3939
>	Fax. 1-214-969-5100
>	*Counsel for Experian Information Solutions, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

>	*/s/ Carlos C. Alsina-Batista*
>	**Carlos C. Alsina-Batista**
>	Texas Bar No. 24111072
>	*Counsel for Plaintiff, Robert D. Lee*