UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ROBERT DWONN LEE,

     Plaintiff,

v.                                                                          No. 1:22-CV-071-H

WEST CENTRAL TEXAS COLLECTION
BUREAU, et al.,

     Defendants.

## ORDER OF DISMISSAL

Before the Court is Robert Dwonn Lee's and Experian Information Solutions Inc.'s (Experian) Joint Stipulation of Dismissal with Prejudice and Statement to Show Cause for Delay. Dkt. No. 21. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), those parties stipulate to the dismissal of Lee's claims against Experian with prejudice. *Id.* at 1. The Court notes, pursuant to the same Rule, that because West Central Texas Collection Bureau (West Central) has yet to appear and because Lee states his desire to "desist[] of his action against [West Central]," *id.*, this stipulation allows for the dismissal of the claims against West Central as well.[1] The joint stipulation is approved.

It is ordered that the plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees. Finally, the Court finds that the parties have shown sufficient cause for their delay, so no sanctions will be imposed.

---

[1] Federal Rule of Civil Procedure 41(a) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because West Central has failed to appear, the stipulation signed by Lee and Experian is signed by all parties who have appeared. Therefore, the Rule allows for the voluntary dismissal of this action.

So ordered on September 29, 2023.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE